UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff/Respondent,

v.                                         Criminal Case No. 13-20874

Erie Adams,                         Sean F. Cox
                                                United States District Court Judge

    Defendant/Petitioner.
_____/

## ORDER DENYING
## PETITIONER'S MOTION FOR DEFAULT JUDGMENT

Currently pending before this Court is a Motion to Vacate filed by Petitioner Erie Adams, pursuant to 28 U.S.C. § 2255.

On June 12, 2018, Petitioner filed a motion seeking entry of a default judgment in his favor. (D.E. No. 139). The Government has not filed any response to the motion.

Nevertheless, a habeas corpus petitioner cannot obtain relief by virtue of the respondent's untimely response or failure to answer. *See, eg., Aziz v. Leferve*, 830 F.2d 184, 187 (11th Cir. 1987) (A default judgment is not contemplated in habeas corpus cases).; *Mahaday v. Cason*, 222 F.Supp.2d 918, 921 (E.D. Mich. 2002) (A default judgment is unavailable in a habeas corpus proceeding); *Allen v. Perini*, 424 F.2d 134, 138 (6th Cir. 1970). Accordingly, the Court **DENIES** Petitioner's Motion.

    **IT IS SO ORDERED.**

                                                   s/Sean F. Cox
                                                   Sean F. Cox
                                                   United States District Judge

Dated: September 19, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on

September 19, 2018, by electronic and/or ordinary mail.

          s/Jennifer McCoy
          Case Manager