## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.                                        Criminal Case No. 13-20874

Erie Adams,                    Sean F. Cox
                                           United States District Court Judge

    Defendant.

_____/

## ORDER DENYING DEFENDANT'S
## DUPLICATIVE MOTION FOR COMPASSIONATE RELEASE

In this criminal action, Defendant Erie Adams ("Defendant") was convicted of drug trafficking and firearm offenses after a jury trial and was sentenced to 45 years in prison. The matter recently came before the Court on Defendant's Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A), which is based upon concerns about the ongoing novel coronavirus pandemic ("COVID-19"). That motion (ECF No. 154) was signed and dated by Defendant on July 21, 2020 and was docketed on August 12, 2020.

This Court denied Defendant's Motion for Compassionate Release in an Opinion and Order issued on November 13, 2020.

On February 3, 2021, another Motion for Compassionate Release was docketed in this matter. (ECF No. 168). That motion was signed and dated by Defendant on July 12, 2020. The motion presents the same arguments as Defendant's Motion for Compassionate Release that was considered and denied by this Court.

According the Court **ORDERS** that this duplicative motion is **DENIED** for the same

reasons set forth in this Court's November 13, 2020 Opinion and Order.

**IT IS SO ORDERED.**

                                                                            s/Sean F. Cox
                                                                            Sean F. Cox
                                                                            United States District Judge

Dated: February 10, 2021